# IN THE UNITED STATES DISTRICT COURT
# OF THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | | |
|---|---|---|
| **LANNIE S. BAIRD** | § | |
| **VS.** | § | **CIVIL ACTION NO. 5:07cv182** |
| **COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION** | § | |

## MEMORANDUM ORDER

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Caroline M. Craven pursuant to 28 U.S.C. § 636. The Report of the Magistrate Judge which contains her proposed findings of fact and recommendations for the disposition of such action has been presented for consideration. Plaintiff filed objections to the Report and Recommendation. The Court conducted a *de novo* review of the Magistrate Judge's findings and conclusions.

Plaintiff objects to the Magistrate Judge's recommendation that Plaintiff's above-entitled and numbered social security cause of action be affirmed. Stating she has limitations with walking and sitting and also numbness and tingling in both hands, Plaintiff asserts she does not have the residual functional capacity to perform a full range of sedentary work. Plaintiff asserts she cannot perform sedentary work as an escort driver because whether she is standing, walking, or sitting, her foot swells. Plaintiff states she cannot perform sedentary work as a small products assembler given the weakness and numbness she experiences in her hands.

After reviewing the transcript, the briefs of the parties, and the Report and Recommendation, the Court finds Plaintiff's objections are without merit. The Court agrees with the Magistrate Judge that substantial evidence supports the Administrative Law Judge's determination that Plaintiff could

perform sedentary work. The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the Report of the United States Magistrate Judge as the findings and conclusions of this Court. Accordingly, it is hereby

**ORDERED** that the above-entitled Social Security action is **AFFIRMED**.

**SIGNED this 28th day of August, 2009.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE